B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of North Carolina

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**RIVER 2 SEA, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**73-1700184** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**C/O JOHN EVANS, MEMBER & MANAGER**<br>**1815 CAROLIINA BEACH RD**<br>**Wilmington, NC**  ZIP Code **28401** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New Hanover** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP Code | Mailing Address of Joint Debtor (if different from street address):  ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **712 AND 720 SURRY STREET**<br>**Wilmington, NC 28401** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other _____

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)     Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **RIVER 2 SEA, LLC** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **RIVER 2 SEA, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Dean R. Davis**
Signature of Attorney for Debtor(s)

**Dean R. Davis 9191**
Printed Name of Attorney for Debtor(s)

**Allen, MacDonald & Davis, PLLC**
Firm Name

**1508 Military Cutoff Road, Suite 102**
**Wilmington, NC 28403**

_____
Address

**(910) 256-6558   Fax: (910) 256-6538**
Telephone Number

**August 27, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ JOHN EVANS**
Signature of Authorized Individual

**JOHN EVANS**
Printed Name of Authorized Individual

**MEMBER/MANAGER**
Title of Authorized Individual

**August 27, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   **RIVER 2 SEA, LLC**                                         Case No.
                                    Debtor(s)                        Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

I, the MEMBER/MANAGER of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 27, 2010**                      **/s/ JOHN EVANS**
                                                 **JOHN EVANS**/**MEMBER/MANAGER**
                                                 Signer/Title

ALBERT & TINA SIKES
1251 COWPEN LANDING RD
WILMINGTON, NC

BRIAN A. STOVER
C/O BATTS, BATTS & BELL, LLP
PO DRAWER 8228
Rocky Mount, NC 27804

DAVID DEAVER
C/O BATTS, BATTS & BELL, LLP
PO DRAWER 8228
Rocky Mount, NC 27804

ALICE EVANS
12 NORTHERN BLVD
Wilmington, NC 28401

BYRON & LESSIE BUTLER
C/O BATTS, BATTS & BELL, LLP
PO DRAWER 8228
Rocky Mount, NC 27804

DAVID ROUEN
PO BOX 1827
Carolina Beach, NC 28428

ALVIS ESTATE
C/O DAN BELL, ESQUIRE
PO BOX 136
Kure Beach, NC 28449

CECELIA C. LOGAN
C/O BATTS, BATTS & BELL, LLP
PO DRAWER 8228
Rocky Mount, NC 27804

DON A. JACKSON
C/O BATTS, BATTS & BELL, LLP
PO DRAWER 8228
Rocky Mount, NC 27804

APRIL V. ANDERSON
C/O BATTS, BATTS & BELL, LLP
PO DRAWER 8228
Rocky Mount, NC 27804

CHARLES K. WEBB
C/O BATTS, BATTS & BELL, LLP
PO DRAWER 8228
Rocky Mount, NC 27804

DONALD L. & JACLYN L. SEIDLE
C/O BATTS, BATTS & BELL, LLP
PO DRAWER 8228
Rocky Mount, NC 27804

AUGUST & J. LITCHNER
9403 SHORTPUT CT.
Wilmington, NC 28412

CHARLES V. HENSON
C/O BATTS, BATTS & BELL, LLP
PO DRAWER 8228
Rocky Mount, NC 27804

ECS CAROLINAS, LLP
MANAGING AGENT
7211 OGDEN BUSINESS LANE, N20
Wilmington, NC 28411

AUSTIN & GLADYS SCHOLIN
214 CHAPIAN DRIVE
Hampstead, NC 28443

COLE PORTER
C/O BATTS, BATTS & BELL, LLP
PO DRAWER 8228
Rocky Mount, NC 27804

ED ORSKI
8300 FAZIO DRIVE
Wilmington, NC 28411

BARBRA & CLIFTON PUFPAFF
100 DIVOT COURT
Hampstead, NC 28443

CROSSROADS APPLIANCE CENTER, INC
MANAGING AGENT/MELINDA HUGHES
6006 ROBERT RUARK DRIVE
Southport, NC 28461

ED SPENCER
322 BUCCANEER ROAD
Wilmington, NC 28409

BARRY L. PAQUET
C/O BATTS, BATTS & BELL, LLP
PO BOX 8228
Rocky Mount, NC 27804

D. SECUNDO
225 MARSH OAKS DRIVE
WILMINGTON, NC

ELIZABETH BURNETT
44 AUGUSTA DRIVE
Oak Island, NC 28465

BILLY & FRANCES A. MEARES
C/O BATTS, BATTS & BELL, LLP
PO DRAWER 8228
Rocky Mount, NC 27804

DAN HEDRICK
HEDRICK & MORTON
6317 OLEANDER DR., STE C
Wilmington, NC 28403

ELIZABETH C. BARBU
C/O BATTS, BATTS & BELL, LLP
PO DRAWER 8228
Rocky Mount, NC 27804

ELIZABETH DUNICAN  
1324 WILLIAMSBURG CT.  
Wilmington, NC 28405

JAMES ELDRIDGE, ESQUIRE  
201 N. FRONT STREET  
Wilmington, NC 28401

LAUREL ANN HON  
C/O BATTS, BATTS & BELL, LLP  
229 SHANNON DRIVE  
Rocky Mount, NC 27804

EMMETT F. & PAULINE TEDESCO  
C/O BATTS, BATTS & BELL, LLP  
PO DRAWER 8228  
Rocky Mount, NC 27804

JAMES M. LEE  
C/O BATTS, BATTS & BELL, LLP  
PO DRAWER 8228  
Rocky Mount, NC 27804

LINDA KANOY  
825 SALT WATER LANE  
Supply, NC 28462

ESMERALDA LLC  
MANAGING AGENT/SUZANNE WINTER-ROSE  
1804 T ST NW, STE 1  
Washington, DC 20009

JANICE L. WILLETTS  
C/O BATTS, BATTS & BELL, LLP  
PO DRAWER 8228  
Rocky Mount, NC 27804

MRS. EDWARDS  
659 HOWARD AVE  
Lakeland, FL 33815

GEORGE WRAGE  
2511 DUNMORE LANE  
Wilmington, NC 28409

JAY SHORT, ESQUIRE  
1213 CULOBRETH DR., STE 231  
Wilmington, NC 28405

MUDDY WATERS PROPERTIES  
c/o ALGERNON L. BUTLER III, REC  
111 NORTH 5TH AVENUE  
Wilmington, NC 28401

GESA EIMER  
C/O BATTS, BATTS & BELL, LLP  
PO DRAWER 8228  
Rocky Mount, NC 27804

JOHN EVANS  
12 NORTHERN BLVD  
Wilmington, NC 28401

NAZARETH ADAMS  
1022 STAG DRIVE  
Hampstead, NC 28443

GLENDA TATE  
1009 S. 5TH AVENUE  
Wilmington, NC 28401

JOHNIE G. & DIANE THOMAS  
C/O BATTS, BATTS & BELL, LLP  
PO DRAWER 8228  
Rocky Mount, NC 27804

NELSON TEAGUE  
121 TUNA DRIVE  
Supply, NC 28462

HARVEY LOWENSTEIN  
C/O BATTS, BATTS & BELL, LLP  
PO DRAWER 8228  
Rocky Mount, NC 27804

KEITH CALDER, ESQUIRE  
CALDER & CALDER  
611 PRINCESS STREET  
Wilmington, NC 28401

New Hanover County Tax Collecto  
230 MARKET PLACE DRIVE, STE19  
Wilmington, NC 28403-1761

IRMA LUCK  
17 BIRCHWOOD AVE  
Medford, NY 11763

KENNETH J. WEBB  
C/O BATTS, BATTS & BELL, LLP  
PO DRAWER 8228  
Rocky Mount, NC 27804

PERKINS EASTMAN  
520 W. 6TH STREET  
Charlotte, NC 28202

JACA L. BAYNES  
C/O BATTS, BATTS & BELL, LLP  
PO DRAWER 8228  
Rocky Mount, NC 27804

KUBLINS TRANSPORTATION GROUP  
MANAGING AGENT  
800 W. HILL STREET  
Charlotte, NC 28208

RAY REAL  
110 SE 7TH ST  
Oak Island, NC 28465

RICHARD C. GOMRICK
C/O BATTS, BATTS & BELL, LLP
PO DRAWER 8228
Rocky Mount, NC 27804

TY WATTS
6220 N. BRADLEY OVERLOOK
Wilmington, NC 28403

ROBERT DAVENPORT
MARSHALL DAVENPORT, JR
438 LONG LEAF ACRES DRIVE
Wilmington, NC 28405

W. O. HAWLEY
1016 HERON RUN DRIVE
Leland, NC 28451

ROBERT GARDNER
5 PHEASANT RUN
Saint James, NY 11780

WARREN WILSON
2703 LYNDON AVE
Wilmington, NC 28405

ROBERT IMPERIAL, ESQUIRE
301 FAYETTEVILLE ST, STE 1700
Raleigh, NC 27601

WESLEY E. THOMAS
C/O BATTS, BATTS & BELL, LLP
PO DRAWER 8228
Rocky Mount, NC 27804

ROSEMARY ROUEN
9010 ST. STEPHENS PLACE
Wilmington, NC 28412

WESTWAY TRADING CORPORATION
MANAGING AGENT
365 CANAL STREET, STE. 2900
New Orleans, LA 70130

STEVE ALBACHTEN
108 WESTBROOK DRIVE
WILMINGTON, NC

WILLIAM E. BERGERON
C/O BATTS, BATTS & BELL, LLP
PO DRAWER 8228
Rocky Mount, NC 27804

SUNTRUST BANK
MANAGING AGENT/COMMERCIAL CREDIT
PO BOX 4418 MC 0039
Atlanta, GA 30302

WILLIAM T. ADAMS
C/O BATTS, BATTS & BELL, LLP
PO DRAWER 8228
Rocky Mount, NC 27804

TOM D. GLOSSER
C/O BATTS, BATTS & BELL, LLP
PO DRAWER 8228
Rocky Mount, NC 27804

WILLY & LIV WILHELMSEN
C/O BATTS, BATTS & BELL, LLP
PO DRAWER 8228
Rocky Mount, NC 27804

TSAILE, INC.
PO BOX 1827
Carolina Beach, NC 28428

ZIGGY & MARTH F. VESLIGAZ
C/O BATTS, BATTS & BELL, LLP
PO DRAWER 8228
Rocky Mount, NC 27804